## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BILLIE JOE CHAPMAN,** | ) | 8:15CV304 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **YVONNE D. SOSA-GAYTON, TIM BURNS, and ALL OF THE DOUGLAS COUNTY PUBLIC DEFENDERS OFFICE IN OMAHA, NEBRASKA, DOUGLAS COUNTY, NE,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court for case management. On October 21, 2015, the Court ordered Plaintiff Billie Joe Chapman to (1) apprise the Court of his current address within 30 days, and (2) either file a new request for leave to proceed in forma pauperis or pay the Court's $400.00 filing and administrative fees within 30 days. The Court warned Chapman that failure to take either action would result in dismissal of this case. To date, Chapman has taken no action in response to the Court's order dated October 21, 2015. Accordingly,

IT IS ORDERED:

1. The above-captioned action is dismissed without prejudice because Chapman failed to prosecute it diligently and failed to comply with this Court's orders.

2. The Court will enter a separate judgement.

DATED this 30th day of December, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge